**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6395**

———————

CURTIS R. DAVY,

                                    Petitioner - Appellant,

        versus

U.S.  IMMIGRATION  &  NATURALIZATION  SERVICE;
UNITED STATES OF AMERICA,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   G. Ross Anderson, Jr., District
Judge.  (CA-01-4033-6-13AK)

———————

Submitted:  October 28, 2002        Decided:  November 7, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis R. Davy, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF
THE  UNITED  STATES  ATTORNEY,  Greenville,  South  Carolina,  for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis R. Davy appeals the district court's order granting the Respondents' motion to dismiss his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court, see Davy v. INS, No. CA-01-4033-6-13AK (D.S.C. filed Jan. 4, 2002 & entered Jan. 8, 2002), and on the reasoning of our recent decision in Chambers v. Reno, ___ F.3d ___, 2002 WL 31301183 (4th Cir. Oct. 15, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2